AUSTIN, TEXAS

26,679-22

Dear Abel Acosta, Clerk
(CCA),

Feb RECEIVED IN 15
COURT OF CRIMINAL APPEALS
FEB 20 2015
Abel Acosta, Clerk

I'm under the understanding your record contains WR-25,679-22. Cause no. 659154-B.

I'm writing concerning whether it been presented to the Court or for any disposition. I have not received any kind of notification from you, your office of the receiveing the Application for writ of Habeas Corpus.

Please also send me the cost of the complete records in the above-captured writ number.

I truly appreciate your consideration... THANK You. May GOD bless you, your Family and God bless you all.

Sincerely
Arthur Lowe

ARTHUR LOWE #669750
HUGHES UNIT.
RT. 2. BOX 4400
GATESVILLE, TEXAS
76597